FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 01, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALMA ROSA SANCHEZ (6),<br><br>Defendant. | No. 4:26-CR-06013-MKD-6<br><br>ORDER DENYING MOTION FOR RECONSIDERATION AND GRANTING MOTION TO EXPEDITE<br><br>**ECF Nos. 129, 130** |

Before the Court is Defendant Alma Rosa Sanchez's (6) Motion to Reconsider Order Denying Motion for Review Magistrate's Order of Detention and to Correct the Record, ECF No. 129, and related Motion to Expedite, ECF No. 130.  The Court has reviewed the motions, the record, and for the following reasons denies Defendant's motion for reconsideration and grants the motion to expedite.[1]

---

[1] The Court is currently conducting a three-week jury trial in Spokane and is unable to recess to hold a hearing on this matter in Richland, the courthouse to which the matter is assigned and where Defendant is detained.  Moreover, the Court finds a

ORDER - 1

Federal Rule of Criminal Procedure 37 provides that:

> If a timely motion is made for relief that the court lacks authority to grant because of an appeal that has been docketed and is pending the court may:
>
> (1) defer considering the motion;
>
> (2) deny the motion; or
>
> (3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue.

Defendant argues that the advisory notes for Federal Rule of Criminal Procedure 46(c) permit the Court to continue to rule on matters relating to detention or release while the detention order is being appealed.  ECF No. 129 at 1. However, "[t]he filing of a notice of appeal is an event of jurisdictional significance – it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982).  The Ninth Circuit does not appear to have directly spoken on the issue of whether the district court retains jurisdiction over detention matters even if a notice of appeal has been filed. Pursuant to Rule 37, the Court determines that it does not have jurisdiction to consider the motion for reconsideration.  Even if the Court had jurisdiction, the

---

hearing is not necessary to address the issues presented in the motion.

ORDER - 2

correction of the record does not fundamentally change the Court's analysis or decision.

Accordingly, **IT IS ORDERED:**

1.    Defendant's Motion to Reconsider Order Denying Motion for Review Magistrate's Order of Detention and to Correct the Record, **ECF No. 129**, is **DENIED** and Motion to Expedite, **ECF No. 130**, is **GRANTED**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

DATED May 1, 2026.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3